# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KENNEY, THOMAS E. § Case No. 12-21525
   KENNEY, KATHLEEN R. §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S. Dearborn St., 7th Floor, Chicago, IL 60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/07/2014 in Courtroom 615, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/26/2013   By: /s/DEBORAH K. EBNER
                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: KENNEY, THOMAS E. § | Case No. 12-21525 |
| KENNEY, KATHLEEN R. § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 130,621.17 |
| *and approved disbursements of* | $ 821.91 |
| *leaving a balance on hand of* [1] | $ 129,799.26 |

**Balance on hand:** $ 129,799.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 129,799.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K Ebner - Trustee | 8,469.55 | 0.00 | 8,469.55 |
| Trustee, Expenses - Deborah K Ebner - Trustee | 93.24 | 0.00 | 93.24 |
| Attorney for Trustee, Fees - Law Offices of Deborah K Ebner | 8,261.00 | 0.00 | 8,261.00 |
| Accountant for Trustee, Fees - Popowcer Katten | 1,032.00 | 0.00 | 1,032.00 |

Total to be paid for chapter 7 administration expenses:  $ 17,855.79
Remaining balance:  $ 111,943.47

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 111,943.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 111,943.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,446.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Discover Bank | 9,960.28 | 0.00 | 9,960.28 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | 1,525.30 | 0.00 | 1,525.30 |
| 3 | FIA CARD SERVICES, N.A. | 9,859.34 | 0.00 | 9,859.34 |
| 4 | FIA CARD SERVICES, N.A. | 5,317.41 | 0.00 | 5,317.41 |
| 5 | FIA CARD SERVICES, N.A. | 21,020.34 | 0.00 | 21,020.34 |
| 6 | FIA CARD SERVICES, N.A. | 16,179.96 | 0.00 | 16,179.96 |
| 7 | US BANK N.A. | 6,583.68 | 0.00 | 6,583.68 |

Total to be paid for timely general unsecured claims: $ 70,446.31
Remaining balance: $ 41,497.16

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 15,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 -2 | A.R.P., Inc. | 15,000.00 | 0.00 | 15,000.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 15,000.00 |
| | Remaining balance: | | $ | 26,497.16 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 26,497.16 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $266.95.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 26,230.21.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER

Trustee

DEBORAH K. EBNER  
11 EAST ADAMS STREET  
SUITE 904  
CHICAGO, IL  60603  
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-21525-JSB
Thomas E. Kenney                                                    Chapter 7
Kathleen R. Kenney
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: adragonet             Page 1 of 2               Date Rcvd: Dec 03, 2013
                              Form ID: pdf006             Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2013.
db           +Thomas E. Kenney,    14904 S. Cicero Ave,    Apt 317,    Oak Forest, IL 60452-2444
jdb         #+Kathleen R. Kenney,   12721 Park Place,    Apt 1B,    Crestwood, IL 60445-1037
18961226     +A.R.P., Inc.,   Kevin P. Gosewisch P.C.,    P.O. Box 130,    Mokena, IL 60448-0130
18961225     +Amari & Locallo,   734 N Wells Street,    Chicago, IL 60654-3521
18961227      Bank of America,   Bankruptcy Department,    PO Box 17220,    Baltimore, MD 21297-1220
18961229     +Chase,   Bankruptcy Department,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
18961230      CitiBank NA,   Bankruptcy Department,    PO Box 688911,    Des Moines, IA 50368-8911
18961231     +DeBruyn, Taylor & DeBryun Ltd,    15252 S Harlem Ave,    Orland Park, IL 60462-4330
19545462      FIA CARD SERVICES, N.A.,    Bank of America MBNA America Bank,    4161 Piedmont Parkway,
               NC4 105 03 14,    Greensboro, NC 27410
18961233     +Forest Alarm,   9 Old Tamarack Lane,    Orland Park, IL 60462-1977
18961234     +George Demeros,    5400 North Milwaukee Avenue,    Chicago, IL 60630-1289
18961235    ++HYUNDAI MOTOR FINANCE COMPANY,    PO BOX 20809,    FOUNTAIN VALLEY CA 92728-0809
             (address filed with court:  Hyundai Finance,    Bankruptcy Department,    PO Box 78047,
               Phoenix, AZ 85062)
18961237     +Monarch Recovery Mgmt,    PO Box 21089,    Philadelphia, PA 19114-0589
18961238     +Robert Chanan,    900 Jorie Boulevard # 80,    Oak Brook, IL 60523-2277
19728222    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
18961240     +Village of Alsip,    Billing Department,    4500 W 123rd Street,    Alsip, IL 60803-2521
18961241    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wells Fargo Dealer Services,    Bankruptcy Department,    PO Box 1697,
               Winterville, NC 28590)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18961228     +E-mail/Text: cms-bk@cms-collect.com Dec 04 2013 02:08:11      Capital Management Services,
               726 Exchange St, Ste 700,    Buffalo, NY 14210-1464
18961232      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2013 02:19:05      Discover Financial,
               Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
19478831      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2013 02:19:05      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18961236      E-mail/Text: bnckohlsnotices@becket-lee.com Dec 04 2013 02:07:49      Kohl's,
               Bankruptcy Department,    PO Box 2983,    Milwaukee, WI 53201-2983
19479676     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2013 02:11:25
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                                TOTAL: 5
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18961239*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    Bankruptcy Department,    PO Box 790408,
               Saint Louis, MO 63179-0408)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Dec 03, 2013
                               Form ID: pdf006              Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2013 at the address(es) listed below:
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Accountant Lois  West dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Attorney    Deborah K. Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul C Sheils    on behalf of Creditor    A.R.P., Inc. attorney@paulsheils.com
              Thomas W Lynch    on behalf of Debtor Thomas E. Kenney twlpc@worldnet.att.net
              Thomas W Lynch    on behalf of Joint Debtor Kathleen R. Kenney twlpc@worldnet.att.net
                                                                                             TOTAL: 8
```