# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: KENNEY, THOMAS E.                           Case No.  12-21525
      KENNEY, KATHLEEN R.

                                  ,            Chapter   7

               Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $51,549.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $24,317.00 |
| Total Distribution to Claimants:$85,713.26 | Claims Discharged <br> Without Payment: $62,406.59 |
| Total Expenses of Administration:$18,677.70 | |

3)  Total gross receipts of $    130,621.17    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    26,230.21  (see **Exhibit 2**), yielded net receipts of  $104,390.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $34,666.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,677.70 | 18,677.70 | 18,677.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 382,849.59 | 151,380.57 | 85,713.26 | 85,713.26 |
| **TOTAL DISBURSEMENTS** | $417,515.59 | $170,058.27 | $104,390.96 | $104,390.96 |

4)  This case was originally filed under Chapter 7 on May 26, 2012. The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2014            By: /s/DEBORAH K. EBNER, Trustee
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Policy with Prudential xxx9189 | 1129-000 | 10,359.33 |
| Whole Life Policy with Prudential xxxx8878 | 1129-000 | 4,490.63 |
| Inheritance | 1290-000 | 115,771.21 |
| **TOTAL GROSS RECEIPTS** | | **$130,621.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Thomas E. & Kathleen R. Kenney | Dividend paid 100.00% on $26,230.21; Claim# SURPLUS; Filed: $26,230.21; Reference: | 8200-002 | 26,230.21 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$26,230.21** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Dealer Services Bankruptcy Department | 4110-000 | 17,909.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Finance Bankruptcy Department | 4110-000 | 16,757.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$34,666.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K Ebner - Trustee | 2100-000 | N/A | 8,469.55 | 8,469.55 | 8,469.55 |
| Deborah K Ebner - Trustee | 2200-000 | N/A | 93.24 | 93.24 | 93.24 |
| Law Offices of Deborah K Ebner | 3110-000 | N/A | 8,261.00 | 8,261.00 | 8,261.00 |
| Popowcer Katten | 3410-000 | N/A | 1,032.00 | 1,032.00 | 1,032.00 |
| Rabobank, N.A. | 2600-000 | N/A | 99.91 | 99.91 | 99.91 |
| Rabobank, N.A. | 2600-000 | N/A | 183.01 | 183.01 | 183.01 |
| Rabobank, N.A. | 2600-000 | N/A | 166.11 | 166.11 | 166.11 |
| Rabobank, N.A. | 2600-000 | N/A | 167.18 | 167.18 | 167.18 |
| Rabobank, N.A. | 2600-000 | N/A | 205.70 | 205.70 | 205.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,677.70 | $18,677.70 | $18,677.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Discover Bank | 7100-000 | 9,960.00 | 9,960.28 | 9,960.28 | 9,960.28 |
| 1I-2 | Discover Bank | 7990-000 | N/A | 31.12 | 31.12 | 31.12 |
| 2 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | 1,525.00 | 1,525.30 | 1,525.30 | 1,525.30 |
| 2I | PYOD, LLC its successors and assigns as assignee of | 7990-000 | N/A | 4.77 | 4.77 | 4.77 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 9,859.00 | 9,859.34 | 9,859.34 | 9,859.34 |
| 3I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 30.80 | 30.80 | 30.80 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 5,317.00 | 5,317.41 | 5,317.41 | 5,317.41 |
| 4I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 16.61 | 16.61 | 16.61 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 21,020.00 | 21,020.34 | 21,020.34 | 21,020.34 |
| 5I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 65.67 | 65.67 | 65.67 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 16,179.00 | 16,179.96 | 16,179.96 | 16,179.96 |
| 6I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 50.55 | 50.55 | 50.55 |
| 7 | US BANK N.A. | 7100-000 | 6,583.00 | 6,583.68 | 6,583.68 | 6,583.68 |
| 7I | US BANK N.A. | 7990-000 | N/A | 20.57 | 20.57 | 20.57 |
| 8 -2 | A.R.P., Inc. | 7200-000 | 250,000.00 | 80,667.31 | 15,000.00 | 15,000.00 |
| 8I-2 | A.R.P., Inc. | 7990-000 | N/A | 46.86 | 46.86 | 46.86 |
| NOTFILED | Robert Chanan | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Bankruptcy Department | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Alsip Billing Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | George Demeros | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Amari & Locallo | 7100-000 | 3,038.59 | N/A | N/A | 0.00 |
| NOTFILED | DeBruyn, Taylor & DeBryun Ltd | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bankruptcy Department | 7100-000 | 24,903.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bankruptcy Department | 7100-000 | 27,551.00 | N/A | N/A | 0.00 |
| NOTFILED | Forest Alarm | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $382,849.59 | $151,380.57 | $85,713.26 | $85,713.26 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-21525 | **Trustee:** (330480)  DEBORAH K. EBNER, Trustee |
| **Case Name:** KENNEY, THOMAS E. | **Filed (f) or Converted (c):** 05/26/12 (f) |
| KENNEY, KATHLEEN R. | **§341(a) Meeting Date:** 07/31/12 |
| **Period Ending:** 06/11/14 | **Claims Bar Date:** 12/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Pocket cash | 20.00 | 0.00 | | 0.00 | FA |
| 2  Pocket cash | 20.00 | 0.00 | | 0.00 | FA |
| 3  Checking account at 1st Midwest Bank; | 300.00 | 0.00 | | 0.00 | FA |
| 4  Checking, savings or other financial accounts, c | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  Bedroom furniture, living room furniture, telev | 500.00 | 0.00 | | 0.00 | FA |
| 6  Bedroom furniture, living room furniture, kitche | 700.00 | 0.00 | | 0.00 | FA |
| 7  Personal clothing | 400.00 | 0.00 | | 0.00 | FA |
| 8  Personal clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9  Pair of stud earrings | 300.00 | 0.00 | | 0.00 | FA |
| 10  Whole Life Policy with Prudential xxxxx3510 | 4,599.00 | 0.00 | | 0.00 | FA |
| 11  Whole Life Policy with Prudential xxx9189 | 9,890.44 | 0.00 | | 10,359.33 | FA |
| 12  Whole Life Policy with Prudential xxxx8878 | 4,460.45 | 0.00 | | 4,490.63 | FA |
| 13  Whole Life Policy with Prudential | 1,093.00 | 0.00 | | 0.00 | FA |
| 14  Teachers IMRF | 1.00 | 0.00 | | 0.00 | FA |
| 15  IRA with Prospect Federal | 2,816.00 | 0.00 | | 0.00 | FA |
| 16  403(b) with employer | 5,000.00 | 0.00 | | 0.00 | FA |
| 17  Retirement Annuity with employer; | 3,000.00 | 0.00 | | 0.00 | FA |
| 18  2010 Hyundai with 45k miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 19  2011 Hyundai Elantra with 37k miles | 15,500.00 | 0.00 | | 0.00 | FA |
| 20  Inheritance  (u) liquidation of real estate in which debtor's deceased uncle had a percentage interest. Debtor entitled to inheritance. | Unknown | Unknown | | 115,771.21 | FA |
| **20  Assets  Totals** (Excluding unknown values) | **$65,899.89** | **$0.00** | | **$130,621.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Property of estate includes inheritance; trustee in process of liquidating same as well as non cash value in policies of insurance; debtor's counsel is amending exemption schedule as it relates to cash value in insurance  policies, since there is no dependency due to divorce.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 12-21525 | **Trustee:**        (330480)    DEBORAH K. EBNER, Trustee |
| **Case Name:**    KENNEY, THOMAS E. | **Filed (f) or Converted (c):**  05/26/12 (f) |
|            KENNEY, KATHLEEN R. | **§341(a) Meeting Date:**  07/31/12 |
| **Period Ending:** 06/11/14 | **Claims Bar Date:**  12/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015        **Current Projected Date Of Final Report (TFR):**    December 2, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-21525 | **Trustee:** DEBORAH K. EBNER, Trustee (330480) |
| **Case Name:** KENNEY, THOMAS E. | **Bank Name:** Rabobank, N.A. |
| KENNEY, KATHLEEN R. | **Account:** ******2366 - Checking Account |
| **Taxpayer ID #:** **-***4318 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 06/11/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/06/13 | {20} | Schultz Family Trust | liquidation of real estate in which debtor's deceased uncle had a peprcentage interest. Debtor entitled to inheritance. | 1290-000 | 115,771.21 | | 115,771.21 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.91 | 115,671.30 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.01 | 115,488.29 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.11 | 115,322.18 |
| 09/16/13 | {12} | The Prudential Insurance Company of America | xxxx8878 | 1129-000 | 4,490.63 | | 119,812.81 |
| 09/18/13 | {11} | The Prudential Insurance Company of America | xxxx9189 | 1129-000 | 10,359.33 | | 130,172.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.18 | 130,004.96 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.70 | 129,799.26 |
| 01/07/14 | 101 | Deborah K Ebner - Trustee | Dividend paid 100.00% on $8,469.55, Trustee Compensation;  Reference: | 2100-000 | | 8,469.55 | 121,329.71 |
| 01/07/14 | 102 | Law Offices of Deborah K Ebner | Dividend paid 100.00% on $8,261.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,261.00 | 113,068.71 |
| 01/07/14 | 103 | Deborah K Ebner - Trustee | Dividend paid 100.00% on $93.24, Trustee Expenses;  Reference: | 2200-000 | | 93.24 | 112,975.47 |
| 01/07/14 | 104 | Popowcer Katten | Dividend paid 100.00% on $1,032.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,032.00 | 111,943.47 |
| 01/07/14 | 105 | A.R.P., Inc. | Dividend paid 100.00% on $15,000.00; Claim# 8 -2; Filed: $80,667.31; Reference: | 7200-000 | | 15,000.00 | 96,943.47 |
| 01/07/14 | 106 | Discover Bank | Dividend paid 100.00% on $31.12; Claim# 1I-2; Filed: $31.12; Reference: | 7990-000 | | 31.12 | 96,912.35 |
| 01/07/14 | 107 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $4.77; Claim# 2I; Filed: $4.77; Reference: | 7990-000 | | 4.77 | 96,907.58 |
| 01/07/14 | 108 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $30.80; Claim# 3I; Filed: $30.80; Reference: 3743-220191-19631 | 7990-000 | | 30.80 | 96,876.78 |
| 01/07/14 | 109 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $16.61; Claim# 4I; Filed: $16.61; Reference: 4313-5120-5806-2900 | 7990-000 | | 16.61 | 96,860.17 |
| 01/07/14 | 110 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $65.67; Claim# 5I; Filed: $65.67; Reference: 5490-5009-9840-4276 | 7990-000 | | 65.67 | 96,794.50 |
| 01/07/14 | 111 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $50.55; Claim# 6I; Filed: $50.55; Reference: 74975998297521 | 7990-000 | | 50.55 | 96,743.95 |
| 01/07/14 | 112 | US BANK N.A. | Dividend paid 100.00% on $20.57; Claim# 7I; Filed: $20.57; Reference: 2627005802 | 7990-000 | | 20.57 | 96,723.38 |
| | | | Subtotals : | | $130,621.17 | $33,897.79 | |

{} Asset reference(s)

Printed: 06/11/2014 10:32 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-21525 | |
| **Case Name:** KENNEY, THOMAS E. | |
| KENNEY, KATHLEEN R. | |
| **Taxpayer ID #:** **-***4318 | |
| **Period Ending:** 06/11/14 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2366 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/14 | 113 | A.R.P., Inc. | Dividend paid 100.00% on $46.86; Claim# 8I-2; Filed: $46.86; Reference: | 7990-000 | | 46.86 | 96,676.52 |
| 01/07/14 | 114 | Thomas E. & Kathleen R. Kenney | Dividend paid 100.00% on $26,230.21; Claim# SURPLUS; Filed: $26,230.21; Reference: | 8200-002 | | 26,230.21 | 70,446.31 |
| 01/07/14 | 115 | Discover Bank | Dividend paid 100.00% on $9,960.28; Claim# 1 -2; Filed: $9,960.28; Reference: | 7100-000 | | 9,960.28 | 60,486.03 |
| 01/07/14 | 116 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $1,525.30; Claim# 2; Filed: $1,525.30; Reference: | 7100-000 | | 1,525.30 | 58,960.73 |
| 01/07/14 | 117 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $9,859.34; Claim# 3; Filed: $9,859.34; Reference: 3743-220191-19631 | 7100-000 | | 9,859.34 | 49,101.39 |
| 01/07/14 | 118 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $5,317.41; Claim# 4; Filed: $5,317.41; Reference: 4313-5120-5806-2900 | 7100-000 | | 5,317.41 | 43,783.98 |
| 01/07/14 | 119 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $21,020.34; Claim# 5; Filed: $21,020.34; Reference: 5490-5009-9840-4276<br>Voided on 01/07/14 | 7100-000 | | 21,020.34 | 22,763.64 |
| 01/07/14 | 119 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $21,020.34; Claim# 5; Filed: $21,020.34; Reference: 5490-5009-9840-4276<br>Voided: check issued on 01/07/14 | 7100-000 | | -21,020.34 | 43,783.98 |
| 01/07/14 | 120 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $16,179.96; Claim# 6; Filed: $16,179.96; Reference: 74975998297521<br>Voided on 01/07/14 | 7100-000 | | 16,179.96 | 27,604.02 |
| 01/07/14 | 120 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $16,179.96; Claim# 6; Filed: $16,179.96; Reference: 74975998297521<br>Voided: check issued on 01/07/14 | 7100-000 | | -16,179.96 | 43,783.98 |
| 01/07/14 | 121 | US BANK N.A. | Dividend paid 100.00% on $6,583.68; Claim# 7; Filed: $6,583.68; Reference: 2627005802<br>Voided on 01/07/14 | 7100-000 | | 6,583.68 | 37,200.30 |
| 01/07/14 | 121 | US BANK N.A. | Dividend paid 100.00% on $6,583.68; Claim# 7; Filed: $6,583.68; Reference: 2627005802<br>Voided: check issued on 01/07/14 | 7100-000 | | -6,583.68 | 43,783.98 |
| 01/07/14 | 122 | FIA CARD SERVICES, N.A. | Ref # 5490-5009-9840-4276 | 7100-000 | | 21,020.34 | 22,763.64 |
| 01/07/14 | 123 | FIA CARD SERVICES, N.A. | Ref # 74975998297521 | 7100-000 | | 16,179.96 | 6,583.68 |
| 01/07/14 | 124 | US BANK N.A. | Ref # 2627005802 | 7100-000 | | 6,583.68 | 0.00 |

| | | | Subtotals : | | $0.00 | $96,723.38 | |

{} Asset reference(s)

Printed: 06/11/2014 10:32 PM    V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-21525 |
| Case Name: | KENNEY, THOMAS E. |
| | KENNEY, KATHLEEN R. |
| Taxpayer ID #: | **-***4318 |
| Period Ending: | 06/11/14 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER, Trustee (330480) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******2366 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 130,621.17 | 130,621.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 130,621.17 | 130,621.17 | |
| | | | Less: Payments to Debtors | | | 26,230.21 | |
| | | | NET Receipts / Disbursements | | $130,621.17 | $104,390.96 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******2366 | 130,621.17 | 104,390.96 | 0.00 |
| | $130,621.17 | $104,390.96 | $0.00 |

{} Asset reference(s)

Printed: 06/11/2014 10:32 PM   V.13.15